IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHERRI B. MEADE, )
  )
    Plaintiff, )
  )
v. )
  )
CAROLYN W. COLVIN, Acting )   Case No. 13-CV-454-JHP-KEW
Commissioner of Social Security )
Administration, )
  )
    Defendant. )

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 12, 2015 the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's request for judicial review of the decision of the Commissioner of the Social Security Administration. The Magistrate Judge recommended that the decision of the Administrative Law Judge be reversed and the case be remanded to the Administrative Law Judge for further proceedings consistent with this Order. The Commissioner has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on March 12, 2015, be **AFFIRMED** and **ADOPTED** by this

Court as its Findings and Order and the decision of the Commissioner is **REVERSED** and the case **REMANDED** for further proceedings consistent herewith.[1]

IT IS SO ORDERED this 30th day of March, 2015.

*[signature]*
James H. Payne
United States District Judge
Eastern District of Oklahoma

---

[1] The Court notes that the Magistrate's Report and Recommendation stated, "This Court finds the ALJ to adequately consider Ms. Wavada's opinion and the assignment of 'little weight' was unsupported by his review." [Doc. No. 17 at 11]. Due to a scrivener's error, the word "failed" was omitted from the Magistrate's finding. The finding of this Court shall be that "the ALJ *failed* to adequately consider Ms. Wavada's opinion and the assignment of 'little weight' was unsupported by his review."